# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00791-CR

**Jeffrey S. Travis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 31587, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's notice of appeal was filed in this Court on November 25, 2013. On December 11, we were informed by the court reporter that appellant had not paid for or made arrangements to pay for the reporter's record, and on March 13, 2014, we were informed by the trial court clerk that appellant had not paid for or made arrangements to pay for the clerk's record. On April 10, we sent appellant's retained attorney notice that the clerk's and reporter's records were late and requested that he make arrangements to have the record filed and provide a status report no later than April 21. We informed counsel that the appeal would be subject to dismissal if he did not respond by that date. To date, the clerk's record and reporter's record have not been filed, and counsel has not responded in any fashion to our notice. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b) (if no clerk's record is filed due to non-indigent appellant's fault, appellate court may dismiss appeal for want of prosecution).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:  May 15, 2014

Do Not Publish